Sophie Cimaroli, appellant, v. City of Chicago, appellee. Gen. No. 40,275.

Opinion filed March 29, 1939.
Paul G. Sullins, for appellant. Barnet Hodes, Corporation Counsel, for appellee; Alexander J. Resa and L. Louis Karton, Assistant Corporation Counsel, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Pullman Trust and Savings Bank, appellant, v. Lucian Jarecki et al., appellees. Gen. No. 40,301.

Opinion filed March 29, 1939.
Wellington G. Brown, for appellant. A. Robert Pakulaz, for certain appellees.

Mr. Justice Hebel delivered the opinion of the court.

In re estate of Samuel H. Weiss, deceased. Abe Berkovitz, appellee, v. West Side Trust and Savings Bank and Rose Weiss, executors of estate of Samuel H. Weiss, deceased, appellants. Gen. No. 40,332.

Opinion filed March 29, 1939. Rehearing denied April 12, 1939.
Bernard J. Brown, for appellants. Kamfner, Halligan & Marks, for appellee. Edwin A. Halligan and Samuel M. Lanoff, of counsel.

Mr. Justice Hebel delivered the opinion of the court.